IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD BARBER, JR., AIS #Z702, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CASE NO. 2:15-CV-00997-VEH-JHE |
| CORIZON, LLC; HUGH HOOD; ROY RODDAM; JAMES BUTLER; CHERYL PRICE; CEDRIC SPECKS; ANGELA MARIE; JEFFERSON DUNN; UNKNOWN CORIZON EMPLOYEES; ALABAMA DEPARTMENT OF CORRECTIONS EMPLOYEES, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## AFFIDAVIT OF GRANT CULLIVER

STATE OF ALABAMA

MONTGOMERY COUNTY

Before me, a Notary Public in and for said County and State, personally appeared Grant Culliver and being by me first duly sworn, deposes and says under oath as follows:

1.   My name is Grant Culliver. I am over (19) nineteen years of age and a resident of Montgomery County, Alabama. I am presently employed as the Associate Commissioner of Operations for the Alabama

1



Department of Corrections, and I have served in that capacity since the above-referenced lawsuit was filed.

2. In my above capacity, I am aware that Cheryl Price was promoted from Correctional Warden III at Donaldson Correctional Facility to the position of Institutional Coordinator over the northern division of the ADOC facilities on approximately July 1, 2015. Further, in my above capacity, I am aware that Cheryl Price was transferred to the Institutional Coordinator of the southern division over the ADOC facilities on approximately June 1, 2017. In her current position over the southern division, Cheryl Price is responsible for supervision of the wardens in the southern division of Alabama; Donaldson Correctional Facility, where Plaintiff James Edward Barber Jr. is housed, is contained in the northern division.

3. In my capacity as Associate Commissioner of Operations, I am aware that Cedric Specks was transferred to St. Clair Correctional Facility on January 1, 2016, where he is, and has been since that date, held the position of Correctional Warden II at St. Clair Correctional Facility. Cedric Specks has absolutely no responsibility for or authority over any duty associated with Donaldson Correctional Facility.

4. I am competent to execute this affidavit, and such affidavit is based on my personal knowledge.

_____
GRANT CULLIVER

SWORN TO and SUBSCRIBED BEFORE ME on this the 14th day of July, 2017.

(SEAL) _____
Notary Public

My commission Expires: 7/8/2018