# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD BARBER, JR., ) <br> AIS #Z702, ) <br> ) <br>    Plaintiff, ) <br> ) <br> vs. ) <br>   ) CASE NO. 2:15-CV-00997-JHE <br> HUGH HOOD; ROY RODDAM; ) <br> JAMES BUTLER; JEFFERSON DUNN; ) <br> UNKNOWN CORIZON EMPLOYEES; ) <br> UNKNOWN ALABAMA DEPART- ) <br> MENT OF CORRECTIONS ) <br> EMPLOYEES, ) <br> ) <br>    Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL

Comes now the undersigned and moves this Honorable Court to allow the undersigned to withdraw as counsel for the ADOC Defendant, Jefferson Dunn, in the above-referenced cause of action, and as grounds therefore, does state that the ADOC Defendant will be represented by Attorney Gary L. Willford and Carrie G. Shaw, Assistant Attorneys General, Alabama Department of Corrections, who are filling contemporaneous Notice of Appearances.

                                Respectfully Submitted,

                                Steve Marshall
                                Attorney General

                                Anne A. Hill (ADA054)
                                General Counsel

                                /s/ Joseph "Jody" G. Stewart Jr.
                                Joseph "Jody" G. Stewart Jr. (STE123)
                                Assistant Attorney General
                                ASB-3423-W75J

                                                 Attorney for Defendants
Alabama Department of Corrections
301 South Ripley Street
Montgomery, Alabama 36130
Telephone: (334) 353-4859
Fax: (334) 353-3891
joseph.stewart@doc.alabama.gov

OF COUNSEL:

Alabama Department of Corrections
301 South Ripley Street
Post Office Box 301501
Montgomery, Alabama 36130-1501
(334) 353-4859

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Theresa Kleinhaus
Sarah Grady
LOEVY & LOEVY
311 North Aberdeen Street, Third Floor
Chicago, Illinois 60607
(312) 243-5900

Henry F. (Hank) Sherrod III
HENRY F. SHERROD III, P.C.
119 South Court Street, Suite 200
P.O. Box 606
Florence, Alabama 35631-0606
(256) 764-4141

Barry Goheen
Lohr Beck-Kemp
Bethany Rupert
KING & SPALDING LLP

1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Telephone: (404) 572 4600
Facsimile: (404) 572 5100
Email: cschoch@kslaw.com

Phillip G. Piggott
Benjamin T. Preley
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512
(205) 868-6000

/s/ Joseph "Jody" G. Stewart Jr.
Joseph "Jody" G. Stewart Jr. (STE123)
Assistant Attorney General