IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JAMES E. BARBER, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 15 C 0997 |
| JEFFERSON DUNN, et al., | ) ) ) |
| Defendants. | ) |

## PARTIES' JOINT STATUS REPORT

Plaintiff James E. Barber, by his attorneys, Loevy & Loevy, Defendant Jefferson Dunn, by his attorneys, Legal Division of the Alabama Department of Corrections, and Defendants Hugh Hood and Roy Roddam, by their attorneys, Starnes Davis Florie, LLP, hereby respectfully submit the following joint status report:

1. In its summary judgment opinion, the Court allowed Plaintiff to proceed to trial on the following claims: (a) claims for injunctive relief against Defendant Dunn, in his official capacity, and Defendants Hood and Roddam for denying him constitutionally adequate medical care and failing to intervene to prevent the ongoing denial of constitutionally adequate medical care; and (b) claims for damages against Defendants Hood and Roddam for denying him constitutionally adequate medical care and failing to intervene to prevent the denial of constitutionally adequate medical care. *See, e.g.,* Dkt. 82 at 34.

2. The Court also asked the parties to discuss whether they believed mediation would be beneficial. *Id.*

3. Plaintiff believes that mediation would be beneficial and is willing to engage in an alternative dispute resolution process.

4. Defendant Dunn does not believe that mediation would be beneficial.

5. Defendants Hood and Roddam do not believe that formal mediation would be beneficial, but are willing to enter into informal discussions with Plaintiff regarding settlement of Plaintiff's claims for damages.

Respectfully submitted,

/s/ Sarah Grady
Sarah Grady
Attorney for Plaintiff


/s/ Henry Sherrod
Henry F. Sherrod, III
Attorney for Plaintiff

Sarah Grady
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, Illinois 60607
(312) 243-5900

Henry F. Sherrod, III
HENRY F. SHERROD III, P.C.
119 S. Court St.
P.O. Box 606
Florence, Alabama 35631
(256) 764-4141

                                  /s/ Gary Willford, Jr.
                                  Gary Willford, Jr.
                                  Attorney for Defendant Dunn

Gary L. Willford, Jr.
Carrie Shaw
ALABAMA DEPARTMENT OF CORRECTIONS – LEGAL DIVISION
301 S. Ripley St.
Montgomery, Alabama 36104
(334) 353-3886

                                  /s/ Phil Piggott
                                  Phil Piggott
                                  Attorney for Defendants Hood and
                                  Roddam

Philip G. Piggott
Benjamin T. Presley
STARNES DAVIS FLORIE, LLP
100 Brookwod Pl., 7th Floor
Birmingham, Alabama 35209
(205) 868-6000

## CERTIFICATE OF SERVICE

    I, Sarah Grady, an attorney, certify that on April 27, 2018, I caused the foregoing Parties' Joint Status Report to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

                                            /s/ Sarah Grady
                                            Sarah Grady
                                            Attorney for Plaintiff