# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD BARBER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:15-cv-00997-JHE |
| ) | |
| CORIZON HEALTH, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is **SET** for a pretrial conference at **10:00 a.m.** on **Monday, August 20, 2018**, in chambers of the undersigned located at the Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama. A court reporter will be present.

On or before **12:00 p.m.** on **Friday, July 20, 2018**, counsel **SHALL** forward a copy of the parties' proposed pretrial order via email to all counsel of record and chambers at england_chambers@alnd.uscourts.gov. The parties should work together and draft one case-specific proposed pretrial order based on the attached template.

The undersigned anticipates trial to be set for the week of September 10, 2018.

Any motion to continue the pretrial conference or trial **MUST** be filed by **August 6, 2018**.

DONE this 9th day of May, 2018.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE