# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD BARBER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:15-cv-00997-JHE |
| ) | |
| CORIZON HEALTH, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On June 18, 2018, Plaintiff moved to expedite the trial on his claims for injunctive relief. (Doc. 91). The motion is set for hearing on **Wednesday, July 11, 2018, at 2:00 PM** at the **Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, AL 35203** in **Courtroom 3A**. A court reporter will be present.

DONE this 26th day of June, 2018.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE