FILED
2018 Jul-10  PM 03:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD BARBER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:15-cv-00997-JHE |
| ) | |
| CORIZON HEALTH, et al., ) | |
| ) | |
| Defendant. ) | |

### ORDER

Several attorneys have requested permission to attend by telephone the hearing currently set for Wednesday, July 11, 2018, at 2:00 p.m. at the Hugo L. Black Courthouse in Courtroom 3A. In light of those requests, the hearing is **RESET** for telephone conference at the same date and time. No attorneys should attend the hearing in person. The parties are **DIRECTED** to call **877-873-8017** to access the telephone conference. The access code is **4577302**. The parties should call in five minutes prior to the start time of the telephone conference. A court reporter will be present.

DONE this 10th day of July, 2018.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE