FILED
 2018 Jul-11  PM 04:58
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD BARBER, JR., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:15-cv-00997-JHE |
| CORIZON HEALTH, et al., | ) |
| Defendant. | ) |

## ORDER

Based on the discussion at the hearing on July 11, 2018, Plaintiff is **ORDERED** to brief the following:

(1) When the plaintiff has requested a jury trial, whether a judge may rule on a request for permanent injunctive relief before the jury rules on the underlying claim;

(2) Whether there is a risk of inconsistent verdicts in this case if separate trials are held on claims for injunctive relief and damages;

(3) What, if any, evidence will differ in any proposed hearing on injunctive relief and a trial on claims for damages;

(4) Whether and to what extent any of the rationales in Fed. R. Civ. P. 42(b) apply to this case.

Plaintiff's brief is due by **July 18, 2018**. Defendants shall file a responsive brief by **July 25, 2018**.

DONE this 11th day of July, 2018.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE