IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES E. BARBER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:15-cv-0997-JHE |
| | ) |
| CORIZON HEALTH, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS HUGH HOOD, M.D., ROY RODDAM, M.D. AND JEFFERSON DUNN'S WITNESS LIST

COME NOW the Defendants, Hugh Hood, M.D., Roy Roddam, M.D., Commissioner Jefferson Dunn, and in accordance with the Court's Pretrial Order, lists the following witnesses who may be utilized during the trial of this action:

### WITNESSES

1. James Edward Barber, Jr. - (primary)

2. Hugh Hood, M.D. – (primary) c/o Philip G. Piggott, Esq., Starnes Davis Florie, LLP, 100 Brookwood Place, 7th Floor, Birmingham, AL 35203

3. Roy Roddam, M.D. – (primary) c/o Philip G. Piggott, Esq., Starnes Davis Florie, LLP, 100 Brookwood Place, 7th Floor, Birmingham, AL 35203

4. Dennis Butler, CRNP - (primary) c/o Philip G. Piggott, Esq., Starnes Davis Florie, LLP, 100 Brookwood Place, 7th Floor, Birmingham, AL 35203

{B2927098}

5. Warden Leon Bolling – (primary) c/o Gary Willford, Esq., State of Alabama Department of Corrections, P. O. Box 301501, Montgomery, AL 36130

6. Warden Angela Miree – (primary) c/o Gary Willford, Esq., State of Alabama Department of Corrections, P. O. Box 301501, Montgomery, AL 36130

7. Officer LaDarrious Pickens –(primary) c/o Gary Willford, ADOC (primary)

8. Officer Alphonso Barber – (primary) c/o Gary Willford, ADOC

9. Sgt. Akeem Edmonds - (primary) c/o Gary Willford, ADOC

10. Sgt. Trenten Eades - (primary) c/o Gary Willford, ADOC

11. Officer Peter Giardina - (primary) c/o Gary Willford, ADOC

12. Officer Corey Odem – (primary) c/o Gary Willford, ADOC

13. Officer Andie Phillips – (primary) c/o Gary Willford, ADOC

14. Lt. Todd Wheat – (primary) c/o Gary Willford, ADOC

15. Lt. Mohamed Jenkins – (primary) c/o Gary Willford, ADOC

16. Thomas Powell, M.D., Powel & Jones Orthropedics, Brookwood Medical Plaza, 513 Brookwood Blvd., Suite 200, Birmingham, AL 35209

Respectfully submitted,

*/s/ Philip G. Piggott*
Philip G. Piggott (ASB-4379-P67P)
E-mail: pgp@starneslaw.com
STARNES DAVIS FLORIE LLP
Birmingham, AL  35259-8512
Telephone: 205-868-6000
*Attorney for Defendants, Hugh Hood,
M.D. and Roy Roddam, M.D.*

*/s/Gary L. Willford, Jr.*
Gary L. Willford, Jr. (WIL198)
Assistant Attorney General
State of Alabama Department of Corrections
P. O. Box 301501
Montgomery, AL 36130-1501
*Attorney for Defendant, Jefferson S. Dunn*

**CERTIFICATE OF SERVICE**

I hereby certify that on **August 10, 2018,** filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to the following:

| | |
|---|---|
| Henry F. Sherrod, III, Esq.<br>HENRY F. SHERROD III, P.C.<br>119 South Court St., Suite 200<br>Florence, AL  35631-0606 | Sarah Grady, Esq.<br>Theresa Kleinhaus, Esq.<br>LOEVY & LOEVY<br>311 North Aberdeen Street, 3rd Floor<br>Chicago, IL 60607 |
| Bethany Rupert, Esq.<br>KING & SPALDING<br>2484 Brookdale Dr NE<br>Atlanta, GA 30345 | Barry Goheen, Esq., Coleen Schoch, Esq., Bethany Rupert, Esq.<br>KING & SPALDING LLP<br>1180 Peachtree Street NE<br>Atlanta, GA 30309 |

*s/ Philip G. Piggott*
OF COUNSEL