# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD BARBER, JR., <br> AIS #Z702, <br><br>     Plaintiff, <br><br> vs. <br><br> HUGH HOOD; et al., <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   **CASE NO. 2:15-CV-00997-JHE** <br> ) <br> ) <br> ) |

## RESPONSE TO MOTION TO EXTEND TIME

COMES NOW Commissioner Jefferson S. Dunn, a Defendant in the above-entitled action, to inform the Court that he has no objection to the Plaintiff's Motion for Extension of Time to Submit Questions and Topics for Voir Dire, provided that the extension is granted as to all parties.

Dated this the 16th day of October, 2018.

                                              Respectfully Submitted,

                                              Steve Marshall
                                              Attorney General

                                              <u>/s/ Gary L. Willford, Jr.</u>
                                              Gary L. Willford, Jr. (WIL198)
                                              Assistant Attorney General

**ADDRESS OF COUNSEL:**
**Alabama Department of Corrections**
**Legal Division**
**301 Ripley Street**
**Post Office Box 301501**
**Montgomery, AL  36130-1501**
**334-353-4859**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Theresa Kleinhaus
Sarah Grady
Adair Crosley
LOEVY & LOEVY
311 North Aberdeen Street, Third Floor
Chicago, Illinois 60607
(312) 243-5900

Henry F. (Hank) Sherrod III
HENRY F. SHERROD III, P.C.
119 South Court Street, Suite 200
P.O. Box 606
Florence, Alabama 35631-0606
(256) 764-4141

Barry Goheen
Lohr Beck-Kemp
Bethany Rupert
Coleen Schoch
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Telephone: (404) 572 4600
Facsimile: (404) 572 5100
Email: cschoch@kslaw.com


Phillip G. Piggott
Benjamin T. Preley
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, Alabama 35259-8512
(205) 868-6000

                              /s/ Gary L. Willford, Jr.
                              Gary L. Willford, Jr. (WIL198)
                              Assistant Attorney General