FILED
2018 Oct-26 PM 01:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES E. BARBER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No.: 2:15-cv-0997-JHE |
| | ) |
| CORIZON HEALTH, et al., | ) |
| | ) |
| Defendants. | ) |

### OBJECTION TO, MOTION TO STRIKE, AND MOTION TO PRECLUDE CERTAIN DOCUMENTS RECEIVED BY COUNSEL ON OCTOBER 26, 2018 AT 12:35 P.M.

**COME NOW** the defendants, jointly, Hugh Hood, M.D., Roy Roddam, M.D., and Commissioner Jefferson Dunn, and move this Court for an Order striking and precluding utilization of certain documents received on October 26, 2018, at 12:35 p.m., and for cause would show unto the Court as follows:

At 12:35 p.m. on Friday, October 26, 2018, counsel for defendants received an e-mail from Sarah Grady, one of the attorneys for Mr. Barber, attaching certain documents and stating that plaintiff would be using them as evidence in this matter. (Attached hereto as Exhibit A). The documents attached to the email were the resume' of Dr. Cusick and Corizon's responses to plaintiff's request for admission.

Neither of these documents were previously listed as evidence in Barber's pretrial disclosures filed on August 10, 2018 [Doc. # 142-1].

{B2992105}

Corizon is no longer a defendant to this matter and Corizon's discovery responses are irrelevant and immaterial to any of the claims remaining in this matter.

The plaintiff should be precluded from entering into evidence those documents not previously disclosed and obviously should be precluded from entering into evidence request for admission of a party that was granted summary judgment and is no longer a party to this matter.

WHEREFORE, premises considered, the defendants respectfully move this Court for an Order striking and precluding the resume' of Dr. Cusick, Corizon's responses to plaintiff's request for admission received by the defendants on October 26, 2018 at 12:35 p.m.

Respectfully submitted,

/*s/ Philip G. Piggott*
Philip G. Piggott (ASB-4379-P67P)
E-mail: pgp@starneslaw.com
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL   35209
Telephone: 205-868-6000
*Attorney for Defendants,*
*Hugh Hood, M.D. and Roy Roddam, M.D.*

/s/*Gary L. Willford, Jr.*
Gary L. Willford, Jr. (WIL198)
Assistant Attorney General
State of Alabama Department of Corrections
P. O. Box 301501
Montgomery, AL 36130-1501
*Attorney for Defendant, Jefferson S. Dunn*

{B2992105}

## CERTIFICATE OF SERVICE

    I hereby certify that on **October 26, 2018,** filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to the following:

| | |
|---|---|
| Henry F. Sherrod, III, Esq.<br>HENRY F. SHERROD III, P.C.<br>119 South Court St., Suite 200<br>Florence, AL  35631-0606 | Sarah Grady, Esq.<br>Arthur Loevy<br>Jon Loevy<br>Michael Kanovitz<br>LOEVY & LOEVY<br>312 North May Street, Suite 100<br>Chicago, IL 60607 |
| Bethany Rupert, Esq.<br>KING & SPALDING<br>2484 Brookdale Dr NE<br>Atlanta, GA 30345 | Barry Goheen, Esq.<br>Coleen Schoch, Esq.<br>Bethany Rupert, Esq.<br>KING & SPALDING LLP<br>1180 Peachtree Street NE<br>Atlanta, GA 30309 |

                                                 s/ *Philip G. Piggott*
                                                 OF COUNSEL