FILED
 2018 Oct-26 PM 01:17
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# EXHIBIT A

## Phil Piggott

| | |
|---|---|
| **From:** | Sarah Grady <sarah@loevy.com> |
| **Sent:** | Friday, October 26, 2018 12:35 PM |
| **To:** | Phil Piggott; Willford, Gary (DOC) |
| **Cc:** | Andrew Garden; Rupert, Bethany; Adair Crosley; Toll, Joshua |
| **Subject:** | Barber - Plaintiff's Exhibits 44 and 45 |
| **Attachments:** | P46 Cusick CV.pdf; P45 (Corizon's Response to Plaintiff's RTA).pdf |

Dear Counsel:

Please find attached to this motion Plaintiff's Exhibits 44 and 45, which were previously disclosed during discovery in this case.

Thank you.

Sarah


Sarah C. Grady
**LOEVY & LOEVY**
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
Phone: 312.243.5900
Email: sarah@loevy.com

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD BARBER, JR. | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  CIVIL ACTION NO.: ) 2:15-cv-0997-VEH-JHE |
| CORIZON HEALTH, et al., | ) ) |
| Defendants. | ) ) |

## DEFENDANT CORIZON'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION

COMES NOW Defendant Corizon, LLC, and in response to Plaintiff's Requests for Admission s states as follows:

1. As of June 22, 2016, the only remaining treatment option for Plaintiff's end-stage osteoarthritis of the left hip was a total hip arthoplasty.

**RESPONSE:**

**Denied.**

2. As of June 22, 2016, total hip arthoplasty was a medical necessity to treat Plaintiff's end-stage osteoarthritis of the left hip.

**RESPONSE:**

**Denied.**

3. As of June 22, 2016, pain medication did not adequately treat the pain Plaintiff experiences as a result of end-stage osteoarthritis of the left hip.

**RESPONSE:**

**Denied.**

4.   As of June 22, 2016, pain medication did adequately treat the pain Plaintiff experiences as a result of end-stage osteoarthritis of the left hip.

**RESPONSE:**

**Admitted.**

5.   As of June 22, 2016, pain medication did not adequately treat the limited mobility that Plaintiff experiences as a result of end-stage osteoarthritis of the left hip.

**RESPONSE:**

**Denied.**

6.   As of June 22, 2016, pain medication did adequately treat the limited mobility that Plaintiff experiences as a result of end-stage osteoarthritis of the left hip.

**RESPONSE:**

**Admitted.**

7.   As of July 29, 2014, the only remaining treatment option for Plaintiff's end-stage osteoarthritis of the left hip was a total hip arthoplasty.

**RESPONSE:**

**Denied.**

8.   As of July 29, 2014, total hip arthoplasty was medically necessary to treat Plaintiff's end-stage osteoarthritis of the left hip.

**RESPONSE:**

**Denied.**

Plaintiff's Trial Ex. 45
2:15-cv-00997-JHE
10/29/2018 Jury Trial

9. As of July 29, 2014, pain medication did not adequately treat the pain James Barber experienced as a result of end-stage osteoarthritis of the left hip.

**RESPONSE:**

**Denied.**

10. As of July 29, 2014, pain medication did adequately treat the pain James Barber experienced as a result of end-stage osteoarthritis of the left hip.

**RESPONSE:**

**Admitted.**

11. As of July 29, 2014, pain medication did not adequately treat the limitation in mobility that James Barber experienced as a result of end-stage osteoarthritis of the left hip.

**RESPONSE:**

**Pain medications are not utilized to treat a patient's mobility. Therefore, this Request can neither been admitted nor denied.**

12. As of July 29, 2014, pain medication did adequately treat the limitation in mobility that James Barber experienced as a result of end-stage osteoarthritis of the left hip.

**RESPONSE:**

**Pain medications are not utilized to treat a patient's mobility. Therefore, this Request can neither been admitted nor denied.**

13. Denying a total hip replacement surgery for several months to a patient experiencing severe pain and lack of mobility as a result of end-stage osteoarthritis of the hip is consistent with the policies and practices of Corizon, LLC.

**RESPONSE:**

**Denied.**

14. Denying a total hip replacement surgery for one year to a patient experiencing severe pain and lack of mobility as a result of end-stage osteoarthritis of the hip is consistent with the policies and practices of Corizon LLC.

**RESPONSE:**

**Denied.**

15. Denying a total hip replacement surgery for two years to a patient experiencing severe pain and lack of mobility as a result of end-stage osteoarthritis of the hip is consistent with the policies and practices of Corizon, LLC.

**RESPONSE:**

**Denied.**

16. Denying a total hip replacement surgery for three year to a patient experiencing severe pain and lack of mobility as a result of end-stage osteoarthritis of the hip is consistent with the policies and practices of Corizon, LLC.

**RESPONSE:**

**Denied.**

17. Denying a total hip replacement surgery for ten years to a patient experiencing severe pain and lack of mobility as a result of end-stage osteoarthritis of the hip is consistent with the policies and practices of Corizon, LLC.

**RESPONSE:**

**Denied.**

By: _____*Hugh Hood MD*_____
    Hugh Hood MD

Its: _____*Hugh M. Hood M.D.*_____
    Regional Medical Director

STATE OF ALABAMA    )
                    )
COUNTY OF SHELBY    )

I, Rita A. Jackson, in and for said County and State, hereby certify that Hugh Hood MD, whose name is signed to the foregoing and who is known to me, sworn and subscribed before me this day, that being informed of the contents thereof, voluntarily executed the same on the day of its date.

Given under my hand and seal this the 27th day of June, 2016.

(SEAL)          _____*Rita A. Jackson*_____
                Notary Public

                My Commission Expires: 1/21/19

{B2248346}

Plaintiff's Trial Ex. 45
2:15-cv-00997-JHE
10/29/2018 Jury Trial

/s/ Philip G. Piggott
PHILIP G. PIGGOTT (ASB-4379-P67P)
E-mail: pgp@starneslaw.com
STARNES DAVIS FLORIE LLP
P. O. Box 598512
Birmingham, AL  35259-8512

Attorney for Defendants, Corizon, LLC,
Roy Roddam, M.D. and Hugh Hood, M.D.,
And Dennis Butler, CRNP

### CERTIFICATE OF SERVICE

I hereby certify that on **JUNE 27, 2016,** I mailed by U. S. Postal Service the foregoing document to the following non-CM/ECF participants:

Henry F. Sherrod, III, Esq.
PO Box 606
Florence, AL  35631-0606

Theresa Kleinhaus, Esq.
LOEVY & LOEVY
312 North May Street, Suite 100
Chicago, IL 60607

Coleen Schoch, Esq.
Barry Goheen, Esq.
KING & SPALDING
1180 Peachtree Street, N.E.
Atlanta, GA 30309

Joseph "Jody" G. Stewart, Jr.
Assistant Attorney General
301 South Ripley Street
Montgomery, AL 36130

s/ Philip G. Piggott
OF COUNSEL

6

{B2248346}

Plaintiff's Trial Ex. 45
2:15-cv-00997-JHE
10/29/2018 Jury Trial

# Robert P. Cusick, MD
# CURRICULUM VITAE

| | | |
|---|---|---|
| **ADDRESS:** | Office: | Kansas Orthopaedic Center, P.A.<br>7550 West Village Circle, Suite 1<br>Wichita, Kansas 67205<br>(316) 838-2020 |
| | Home: | 12200 Four Oaks<br>Wichita, KS 67226 |
| **BIRTHDATE:** | | March 18th, 1968 – Evanston, IL |
| **CITIZENSHIP:** | | USA |
| **SOCIAL SECURITY NO.:** | | Upon request |
| **LICENSURE:** | | Kansas – 04-25901 |
| **CERTIFICATION:** | | Board Certified – July 2002<br>American Board of Orthopaedic Surgery |
| **WORK HISTORY:** | | August 15th 2011 – Present<br>Kansas Orthopaedic Center, P.A.<br>7550 West Village Circle, Ste. 1<br>Wichita, Kansas 67205<br><br>January 2002 – August 2011<br>Kansas Joint and Spine Institute<br>10100 Shannon Woods<br>Wichita, KS 67226<br><br>July 2000 – December 2001<br>Advanced Orthopaedic Associates, PA<br>2778 N. Webb<br>Wichita, KS 67226 |
| **EDUCATION:** | | |
| | Fellowship: | August 1999 – July 2000<br>Adult Reconstructive Surgery<br>Institute for Bone and Joint Surgery<br>2222 E. Highland Ave Suite 400<br>Phoenix, AZ 85016 |

1

# Robert P. Cusick, MD
# CURRICULUM VITAE

| | |
|---|---|
| Residency: | July 1995 – June 1999<br>Orthopaedic Surgery Residency<br>University of Kansas School of Medicine<br>929 N St. Francis<br>Wichita, KS 67214 |
| Internship: | July 1994 – June 1995<br>University of Kansas School of Medicine<br>929 N St. Francis<br>Wichita, KS 67214 |
| Medical School: | August 1990 – May 1994<br>University of Illinois College of Medicine<br>190 Medical Science Building<br>Urbana, IL 61801 |
| Undergraduate: | August 1986 – June 1990<br>University of Illinois at Urbana-Champaign<br>601 East John Street<br>Champaign, IL 61820 |
| **PROFESSIONAL MEMBERSHIPS:** | American Academy of Orthopaedic Surgeons<br>Kansas Orthopaedic Society, President – 2003-2004<br>Medical Society of Sedgwick County<br>Mid America Orthopaedic Society<br>Mid Central States Orthopaedic Society |
| **ARTICLES & PUBLICATIONS:** | "Probable interspousal transmission of Staphylococcus aureus resulting in joint infection after total knee Arthroplasty. A report of two cases."<br>Robert Cusick, MD, David McQueen, MD and Jerry Peterie, MD<br>1998 Aug; 80 (8): 1198-9, <u>JBJS-A.</u><br><br>"Construct stiffness of different fixation methods for supracondylar femoral fractures above total knee prostheses."<br>Robert Cusick, MD, George Lucas, MD, David McQueen, MD and Charles Graber, MD<br>2000 September; 29 (9): 695-9, <u>American Journal of Orthopedics.</u><br><br>"Tumor vs. Peritumoral Tissue as a Predictor of Seizures,"<br>J. Richard Lister, MD, and Robert Cusick, MD<br>1992 – 1994, Unpublished work. |

Plaintiff's Trial Ex. 46
2:15-cv-00997-JHE
10/29/2018 Jury Trial

## Robert P. Cusick, MD
## CURRICULUM VITAE

"Outcomes of Spine Fractures – Comparing Patients with Diagnosed Neurogenic Shock to Those Without Shock."
Robert Cusick, MD, and Richard Sabo, MD
1993 – 1994, Unpublished work.

3

Plaintiff's Trial Ex. 46
2:15-cv-00997-JHE
10/29/2018 Jury Trial