# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES BARBER, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:15-cv-00997-JHE |
| HUGH HOOD, et al., | ) |
| Defendants. | ) |

## ORDER

To avoid jury confusion, the case caption is modified as set out above. The parties are **ORDERED** to use this new case caption in all future filings. The Clerk is **DIRECTED** to update CM/ECF to reflect the changed caption.

DONE this 26th day of October, 2018.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE