# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JAMES BARBER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:15-cv-0997-JHE |
| | ) |
| HUGH HOOD, et al., | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION TO WITHDRAW EMERGENCY MOTION

Plaintiff, James Barber, by his attorneys, hereby respectfully requests that this Court allow him to withdraw his Emergency Motion for Order Concerning Counsel's Access to Plaintiff to Prepare for Trial (Dkt. 144). In support of his request, Plaintiff states as follows:

1. Plaintiff filed an emergency motion asking this Court to enter an order to facilitate Plaintiff's access to his counsel in advance of trial after his legal visit was cancelled due to Plaintiff's movement.

2. Thanks to the assistance of counsel for Defendant Dunn, Plaintiff's counsel will be meeting with Plaintiff tomorrow morning to prepare for trial. Plaintiff appreciates the assistance from counsel.

3. Because this matter has been resolved, Plaintiff should be permitted to withdraw his emergency motion.

                        Respectfully submitted,

                        /s/ Sarah Grady
                        Sarah Grady
                        Attorney for Plaintiff

Jon Loevy
Sarah Grady
Adair Crosley
LOEVY & LOEVY
311 North Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900


Barry Goheen
Bethany Rupert
KING & SPAULDING LLP
1180 Peachtree St., NE
Atlanta, GA 30309
(404) 572-3525


Henry F. Sherrod, III
HENRY F. SHERROD III, P.C.
119 South Court St.
P.O. Box 606
Florence, AL 35631
(256) 764-4141

## CERTIFICATE OF SERVICE

      I, Sarah Grady, an attorney, hereby certify that on October 26, 2018, I caused the foregoing Plaintiff's Motion to Withdraw Emergency Motion to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

      /s/ Sarah Grady
      Sarah Grady
      Attorney for Plaintiff