FILED

2018 Nov-02  PM 03:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JAMES BARBER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No.: 2:15-cv-00997-JHE |
| HUGH HOOD, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **STIPULATION**

The parties hereby stipulate to the following facts:

1.      At all relevant times to this case, James Barber was an inmate at the Donaldson Correctional Facility.  Mr. Barber has been incarcerated since May 2001.

2.      Donaldson Correctional Facility is an Alabama state correctional facility.

3.      From May 2013 through the present, Dr. Roddam has worked at Donaldson Correctional Facility as the Medical Director.

4.      From November 2007 through the present, Dr. Hood has been either the Assistant Medical Director or the Physician Director for the state of Alabama.  In that capacity Dr. Hood oversees the Medical Directors and the mid-level medical providers at the various correctional facilities across the state of Alabama.

5.      Mr. Barber was diagnosed with degenerative joint disease in his left hip in 2004.

6.      Degenerative joint disease is a progressive disease that occurs when the cartilage at the joints between the bones wears down.

7.      Mr. Barber has not received hip replacement surgery

Sarah Grady
*Attorney for Plaintiff*

Philip G. Piggott
*Attorney for Defendants*
*Hugh Hood and Roy Roddam*

Gary L. Willford, Jr.
*Attorney for Defendant*
*Jefferson Dunn*

2