FILED
2018 Nov-02  PM 04:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# VERDICT FORM



FILED
NOV 02 2018
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

We, the jury, find as follows on the claims of the plaintiff, James Barber, against the defendants, Hugh Hood and Roy Roddam:

(*<u>Check one on each line</u>*)

1. **First Claim: Denial of Necessary Medical Care**

**For Plaintiff**                           **For Defendant Hood**
_____                           _____✓_____

**For Plaintiff**                           **For Defendant Roddam**
_____                           _____✓_____

2. **Second Claim: Failure to Intervene as to Necessary Medical Care**

**For Plaintiff**                           **For Defendant Hood**
_____                           _____✓_____

**For Plaintiff**                           **For Defendant Roddam**
_____                           _____✓_____

## COMPENSATORY DAMAGES

(to be considered only if you have found in favor of the plaintiff
on one or more of his claims against one or more of the defendants)

We, the jury, award the plaintiff, James Barber, compensatory damages for his physical pain and suffering in the amount of:

$ _____.

We, the jury, award the plaintiff, James Barber, compensatory damages for his emotional and mental pain and suffering in the amount of:

$ _____.

## PUNITIVE DAMAGES

(to be considered regarding a particular defendant only if you have found in favor of the plaintiff against that defendant on one or more of the plaintiff's claims)

We, the jury, award the plaintiff, James Barber, punitive damages against:

Hugh Hood in the amount of

$ _____.

Roy Roddam in the amount of

$ _____.

Please sign and date the form below:

Presiding juror:
_____Ally Hogan_____

Other jurors:
_____
_____
_____
_____
_____
_____

_____
_____
_____
_____
_____
_____

Date: __November 2__, 2018