UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES BARBER, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:15-cv-00997-JHE |
| HUGH HOOD, et al., | ) |
| Defendants. | ) |

### FINAL JUDGMENT[1]

This matter came before the court for a jury trial on Plaintiff James Barber's claims against Defendants Hugh Hood and Roy Roddam. Plaintiff also raised claims for injunctive relief against Defendant Jefferson Dunn in his official capacity, which were tried to the bench.[2] At the end of Plaintiff's case, all three defendants moved for judgment as a matter of law. (Doc. 150). The court granted Defendant Dunn's motion in open court, but denied the motion as to Defendants Hood and Roddam. Defendants Hood and Roddam renewed their motion at the close of their case, and the court again denied the motion. The jury returned a verdict in favor of Defendants Hood and Roddam.

The court enters **JUDGMENT** on the jury's verdict in favor of Defendants Hugh Hood and Roy Roddam and against Plaintiff James Barber. (*See* doc. 156). Pursuant to the court's oral

---

[1] In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the parties have voluntarily consented to have a United States Magistrate Judge conduct any and all proceedings, including trial and the entry of final judgment. (Doc. 31).

[2] Evidence for the bench and jury trials was presented simultaneously, with occasional questioning by Defendant Dunn's counsel outside the jury's presence for issues bearing only on injunctive relief.

order, the court also enters **JUDGMENT** in favor of Defendant Jefferson Dunn and against Plaintiff James Barber.  This matter is **DISMISSED WITH PREJUDICE**.  Costs are taxed against Plaintiff.

DONE this 6th day of November, 2018.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE